McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN               3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:  808-524-8293

Attorney for Defendant
DYNAMIC RECOVERY SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| KENNETH BALBIRONA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DYNAMIC RECOVERY SERVICES, INC.,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV07-00205 SOM BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br><br>NO TRIAL DATE SET |
|---|---|---|

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

      Defendant DYNAMIC RECOVERY SERVICES, INC., by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff KENNETH BALBIRONA, by and through his attorney, John Harris Paer, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

164191.1

There are no remaining claims or parties.  Trial of this matter has not been set.

DATED:  Honolulu, Hawai`i, July 6, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
DYNAMIC RECOVERY
SERVICES, INC.


/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff
KENNETH BALBIRONA

DATED: Honolulu, Hawaii; July 10, 2007.



_____
Susan Oki Mollway
United States District Judge

-----------------------------------------------------------------------------------------------------
Balbirona v. Dynamic Recovery Services, Inc., Civil No. 07-00205 SOM BMK;
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS
AND PARTIES AND ORDER